IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-00866-BNB

CHEAT CODE CENTRAL, LLC, a Colorado corporation, and
DAVID MITCHELL ALLISON, an individual,

v.

JEREMY N. WISE, an individual,
WISE ONLINE, LLC, an Ohio Limited Liability corporation, and
WISE BUY NOW LLC, an Ohio Limited Liability corporation,

Defendants.
_____

## ORDER
_____

Defendant Jeremy N. Wise has filed a **Motion to Reconsider Extension of Time** [Doc. # 13, filed 5/14/2014] (the "Motion to Reconsider").  He asks that I reconsider my Order [Doc. # 9] denying his request for a 90 day extension within which to answer the complaint and requiring that the response be made by May 16, 2014.  In the meantime, however, Mr. Wise through counsel filed a motion to dismiss on May 16, rendering moot the Motion to Reconsider.

IT IS ORDERED that the Motion to Reconsider [Doc. # 13] is DENIED as moot.

Dated May 21, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge