## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:   14-cv-00866-BNB

**CHEAT CODE CENTRAL, LLC, a Colorado corporation, et al.,**

    Plaintiff,

v.

**JEREMY N. WISE**, an individual, et al.

    Defendants.

---

## ORDER GRANTING LIMITED JURISDICTIONAL DISCOVERY

---

On March 13, 2015, this Court entered an order (Doc. 42) granting Plaintiffs' Motion for Limited Jurisdictional Discovery (Doc. 36).  The Court directed the parties to confer and submit for this Court's approval a proposed order providing for limited jurisdictional discovery.  The parties have agreed to, and the Court approves, the following limited jurisdictional discovery schedule as follows:

The Plaintiffs shall be allowed to serve jurisdictional discovery as follows:

- 15 Interrogatories;
- 20 Document Requests; and
- Up to 5 third-party subpoenas pursuant to Rule 45.

The Plaintiffs shall also be permitted to depose Defendant Jeremy N. Wise once, jointly as an individual and as an officer of Wise Buy Now, LLC and Wise Online, LLC.

Jurisdictional Discovery shall be completed one hundred twenty (120) days after the date of entry of this Order.

This Order may be altered or amended only upon a showing of good cause.

DATED this 6th day of May, 2015.

                                           *s/John L. Kane*  
                                           SENIOR U.S. DISTRICT JUDGE

Approved:


/s/ William C. Groh, III___

Thomas P. Howard, Esq.
William C. Groh, III, Esq.
Thomas P. Howard, LLC
842 W. South Boulder Road, Suite 200
Louisville, CO 80027
Phone: (303) 665-9845
Fax: (303) 665-9847
thoward@thowardlaw.com
wcgroh@thowardlaw.com


/s/ Charles Lee Mudd, Jr._____
Charles Lee Mudd, Jr.
Mudd Law Offices
3114 West Irving Park Road, Ste. 1W
Chicago, IL  60618
773-588-5410
773-588-5440 (Fax)
cmudd@muddlawoffices.com