**United States District Court**
**District of Colorado**

CIVIL ACTION NO. 1:14-cv-00866-JLK

CHEAT CODE CENTRAL, LLC, a Colorado corporation and
DAVID MITCHELL ALLISON, an individual,

      Plaintiffs,

v.

JEREMY N. WISE, an individual,
WISE ONLINE, LLC, and
WISE BUY NOW LLC, Ohio Limited Liability Corporations,

      Defendants.

## ORDER STAYING CASE

This matter is before the Court on the parties' Joint Motion to Stay Litigation [Docket No.46] (the "Motion"). In the Motion, the parties state that they have settled this matter but require a stay in order for the parties to perform certain tasks pursuant to their settlement agreement. Accordingly,

IT IS HEREBY ORDERED that the Motion [46] is GRANTED.

IT IS FURTHER ORDERED that this matter is STAYED through and including August 14, 2015.

IT IS FURTHER ORDERED that dismissal papers are due on or before August 14, 2015.

IT IS FURTHER ORDERED that the pending jurisdictional discovery deadline established in the Court's Order Granting Limited Jurisdictional Discovery [#45] is VACATED.

Dated this 17th day of June, 2015.

*/s/ John L. Kane*
John L. Kane
Senior U.S. District Judge