**United States District Court**
**District of Colorado**

CIVIL ACTION NO. 1:14-cv-00866-JLK

CHEAT CODE CENTRAL, LLC, a Colorado corporation and
DAVID MITCHELL ALLISON, an individual,

    Plaintiffs,

v.

JEREMY N. WISE, an individual,
WISE ONLINE, LLC, and
WISE BUY NOW LLC, Ohio Limited Liability Corporations

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT, having examined the Stipulated Motion for Dismissal with Prejudice (Doc. 50) filed by Plaintiffs Cheat Code Central, LLC and David Allison and Defendants Jeremy N. Wise, Wise Online, LLC, and Wise Buy Now LLC, and being otherwise advised in the premises,

Finds that pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(A)(ii) all claims raised in the above-cited action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and fees, including but not limited to attorneys' fees, except as otherwise may have been agreed to by the parties in their confidential settlement agreement.

**IT IS SO ORDERED**.

Date: November 30, 2015.

_____
John L. Kane
Senior U.S. District Court Judge

1